UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 64-cv-00721-KMW

RAYMOND SHARPTON, *et al.*,

    Plaintiffs,

v.

THE BOARD OF PUBLIC INSTRUCTION
OF INDIAN RIVER COUNTY, FLORIDA,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Shaniek M. Maynard's Reports and Recommendations ("Reports") (DE 190; DE 191; DE 192; DE 193) on the Motions filed by non-party Anthony Stewart (DE 153; DE 157; DE 178; DE 179; DE 180; DE 183). Anthony Stewart filed Objections to the Reports (DE 195) and Plaintiff, IRC NAACP, filed a Response to the Objections (DE 196). Upon a careful review of the Reports, the Objections, the Response, and the record as a whole, it is **ORDERED AND ADJUDGED** that:

1. Judge Maynard's Reports (DE 190; DE 191; DE 192; DE 193) are **AFFIRMED AND ADOPTED**.

2. Anthony Stewart's Motions (DE 153; DE 157; DE 178; DE 179; DE 180; DE 183) are **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>8th</u> day of November, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE